UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
VICTOR LOPEZ,  :
                Plaintiff,  :
                :
      -against-  :  21 Civ. 10819 (LGS) (SN)
                :
MINU JEWELS, LLC,  :  ORDER
                Defendant.  :
                :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are **DENIED** as moot, and all conferences and deadlines are **CANCELLED**.

Dated: January 27, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE